IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DIANNE SOLOMON-SHRAWDER, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CARDIONET, INC., et al. | : | NO. 09-3894 |

ORDER

FILED
NOV 3 0 2009
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

AND NOW, this 30th day of November, 2009, upon consideration of the City of Ann Arbor's motion for appointment as lead plaintiff and lead counsel in this putative class action (docket entry # 7) and the City of Ann Arbor's notice withdrawing its motion (docket entry # 21), and it is hereby ORDERED that the Clerk of Court shall MARK the motion (docket entry # 7) as WITHDRAWN.

BY THE COURT:

/s/ Stewart Dalzell
Stewart Dalzell, J.