IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DIANNE SOLOMON-SHRAWDER, et al. : CIVIL ACTION
:
v. :
:
CARDIONET, INC., et al. : NO. 09-3894

ORDER

AND NOW, this 10th day of August, 2010, upon consideration of the defendants' motion to dismiss (docket entry # 31), the plaintiffs' response thereto (docket entry # 34), and the defendants' reply (docket entry # 37), and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

1. The Clerk of Court shall TRANSFER this matter from our Civil Suspense docket to our Active docket;

2. The motion to dismiss (docket entry # 31) is GRANTED;

3. The plaintiffs' claims are DISMISSED; and

4. The Clerk of Court shall statistically CLOSE this case.

BY THE COURT:

\_\_\s\Stewart Dalzell